IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES DEAN EGY,

    Petitioner,

vs.

SUPERIOR COURT OF SACRAMENTO COUNTY, et al.,

    Respondents.

No. CIV S-10-2931 DAD P

ORDER

    Petitioner, a state prisoner proceeding pro se, has requested a certificate of appealability. On November 9, 2011, the undersigned dismissed as frivolous petitioner's petition for writ of mandate/prohibition. Although the federal mandamus statute applies to officers and employees of the United States, in his petition petitioner sought to prohibit the Sacramento County Superior Court from taking further action in his criminal case pending before that court and to compel the state court to provide him with the records from his criminal case.

    A certificate of appealability is required in a habeas corpus proceeding brought pursuant to 28 U.S.C. § 2254 or in a 28 U.S.C. § 2255 proceeding. See 18 U.S.C. § 2245; Rule 22 of the Federal Rules of Appellate Procedure. Since petitioner's petition for writ of mandate/prohibition is neither a habeas nor § 2255 proceeding, the petitioner's request for a certificate of appealability will be denied.

1         Accordingly, IT IS HEREBY ORDERED that petitioner's November 30, 2011
2  motion for a certificate of appealability (Doc. No. 9) is denied.
3  DATED: December 7, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

6  DAD:4
   egy2931.coa